**Order entered September 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00475-CR
## No. 05-15-00476-CR

**EUGENE ANTHONY LYNCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51985-Q, F14-00063-Q**

## ORDER

The Court **REINSTATES** the appeals.

On September 11, 2015, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. On September 28, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the September 11, 2015 order to the extent it requires findings.

We **GRANT** the September 28, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

The records in these cases do not contain the trial court's certifications of appellant's right to appeal related to the proceedings on the State's motions to adjudicate guilt. Accordingly,

we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, certifications of appellant's right to appeal that accurately reflect the proceedings on the State's motions to adjudicate guilt. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Appellate counsel filed a motion to withdraw and a brief in support. *See Anders v. California*, 386 U.S. 738 (1967). In the motion to withdraw, counsel states that he provided appellant with a form motion to request the record. On September 25, 2015, appellant filed a pro se motion seeking access to the record so that he could proceed "pro se." We **GRANT** appellant's September 25, 2015 pro se motion as follows.

We **ORDER** appellate counsel Clint Broden to provide appellant with copies of the clerk's and reporter's records. We specifically order that before Mr. Broden sends appellant copies of the clerk's and reporter's records, that the records be redacted to remove any identifying information of the complaining witnesses, included, but not limited to, dates of birth, social security numbers, addresses, and telephone numbers.

We further **ORDER** Mr. Broden to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the redacted records have been sent to appellant.

Appellant's pro se response is due by **DECEMBER 23, 2015**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; Kendra Thibodeaux, official court reporter, 204th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Clint Broden; and the Dallas County District Attorney's Office.

/s/     ADA BROWN
       JUSTICE